**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

      Plaintiff,

v.                            CASE NUMBER: 2:22-CR-57

BAILEY ELLON LADD

      Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

Defendant Bailey Ellon Ladd, by counsel, files this sentencing memorandum to assist the Court in exercising its discretion to impose the minimally sufficient sentence that achieves the statutory purposes of sentencing.

## Presentence Investigation Report (PSR)

The pre- sentence report correctly calculates the sentencing guideline. However, Bailey would ask the Court to take into the consideration that she meets the guideline amendment for status points and to begin her sentencing range at 21 to 27 months pursuant to paragraph 119 of the pre-sentence report.

## History and Characteristics of Defendant

Bailey has taken full responsibility for her actions. She has written a letter to the Court attached as Exhibit A. She has turned her life around since the relationship with her second son's father has ended. He did influence her to purchase those guns. This information is offered as an explanation and not an excuse.

Bailey is a very hard worker from all accounts. Letters from family and friends are attached as Exhibit B. She supports two boys without any child support from their fathers. She also receives food stamps to help make ends meet. Imprisonment of Bailey

would result in an extreme hardship to her children. While she has been on pretrial supervision for approximately 16 months, she has had no pretrial supervision violations. Also, she has had negative drug screens.

**Nature and Circumstances of the Offense**

The purpose of these prosecutions is to make sure that the defendant receives a felony conviction and therefore cannot buy any more firearms. In Counts 1-14 of the Indictment, defendant was charged with violations of 18 U.S.C. § 922(a)(6) and in Counts 15-17 with violations of 18 U.S.C. § 924(a)(1)(A).

On July 12, 2023, Bailey filed a notice of intent to plead guilty to Counts 1 through 17 of the Indictment without a plea agreement from the government. At the change of plea hearing on July 20, 2023, defendant pled guilty to all counts of the Indictment. She will have to pay a special assessment $1,700.00 for the counts which will be hard for her considering her finances.

WHEREFORE, based upon the foregoing, Defendant Bailey Ellon Ladd respectfully requests this Court to sentence her to probation with no electronic monitoring.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    s/ Matthew D. Soliday
       Matthew D. Soliday
       2929 Carlson Drive Suite 101
       Hammond, IN  46323
       Phone: (219) 937-8020
       Fax: (219) 937-8021

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on <u>October 20, 2023</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

s/ Matthew D. Soliday       